IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SUNNIE CHAPPELL, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INGENIOUS MED, INC.,<br><br>Defendant. | CIVIL ACTION NO.<br>1:17-cv-02444-TWT |

## [~~PROPOSED~~] ORDER GRANTING THE PARTIES' JOINT MOTION FOR APPROVAL OF FAIR LABOR STANDARDS ACT SETTLEMENT AGREEMENT AND DISMISSING THIS ACTION WITH PREJUDICE

This case is before the Court for consideration of the parties' Joint Motion (A) To Approve Fair Labor Standards Act Settlement Agreement And (B) To Dismiss This Action With Prejudice (Doc. 51). After reviewing the record and the joint submission of the parties, including the proposed Fair Labor Standards Act (the "FLSA") Settlement Agreement (the "Agreement") (Doc. 51-1) executed by the parties, the Court finds that the settlement is fair, adequate, and reasonable. The Court finds that the Agreement was negotiated at arm's length at mediation before Lee A. Parks, Esq. and is not the result of any collusion.

The Court has also reviewed the unopposed request for approval of attorney's fees and costs in the amount stated in the Agreement and finds that the

00816486.11

attorneys' fees and costs provided in the Agreement are reasonable.

Based upon the foregoing, it is hereby ORDERED that:

1. The Joint Motion (A) For Approval of Fair Labor Standards Act Settlement Agreement And (B) To Dismiss This Action With Prejudice is hereby **GRANTED**;

2. The settlement of the parties in the Agreement is hereby **APPROVED**;

3. The instant matter is hereby **DISMISSED WITH PREJUDICE**; and

4. The Clerk is hereby **DIRECTED** to administratively close this case.

IT IS SO ORDERED, this 13th day of Sept., 2018.

                                                  /s/Thomas W. Thrash
                                                  THOMAS W. THRASH
                                                  UNITED STATES DISTRICT JUDGE